AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**MARIO R. SALVATIERRA SAHONERO**
**DOB: 4/28/84**
**PDID: 575-403**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JULY 28, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

**forcibly assault, resist, oppose, impede, intimidate and interfere with Allee Ramadhan, an officer or employee of the United States or an agency in a branch of the United States government, while Allee Ramadhan was engaged in the performance of official duties, and the defendant, in so doing, did use a deadly or dangerous weapon, and did attempt to inflict bodily injury.**

in violation of Title __18__ United States Code, Section(s) __111(b)__ .

I further state that I am __OFFICER DEVINCI WOODEN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER DEVINICI WOODEN**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                     City and State

_____        _____
Name & Title of Judicial Officer           Signature of Judicial Officer