## **STATEMENT OF FACTS**

On Thursday, July 28, 2005, at about 8:30 a.m., sworn officers of the Metropolitan Police Department (MPD) and special agents of the U.S. Drug Enforcement Administration (DEA) executed a warrant to search for illegal drugs and other things at the row-house at xxx Xxxxxxx Xxxxxx, X.X., Washington, D.C. One of the officers performing this police duty was Allee Ramadhan, a veteran MPD officer, who now serves as a DEA task force officer and is authorized to act as a federal law enforcement agent. After Officer Ramadhan entered the building's basement, the defendant, Mario Sahonero, having a gun in his hand, came toward Ramadhan, pointing the weapon. Officer Ramadhan told defendant to drop the gun. Defendant Sahonero did not, and Officer Ramadhan shot and wounded him. Police arrested defendant, who was treated and taken to hospital by ambulance. Police searched the building and seized several guns, including a loaded High Point-brand nine-millimeter, semi-automatic handgun, a loaded Raven-brand .25 caliber, semi-automatic pistol, a loaded Davis Industries-brand nine millimeter handgun, about five pounds suspected marijuana, a money counter, a digital scale, numerous pieces of mail matter in defendant's name, and almost $6700 in U.S. Currency.

_____
OFFICER DEVINCI WOODEN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF AUGUST, 2005.

_____
U.S. MAGISTRATE JUDGE