```
                    IN THE
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

                    * * *

UNITED STATES OF AMERICA          )
                                  )
          Plaintiff;              )
                                  )
          v.                      ) MAG N0 05-0427 (AK)
                                  )
                                  )
MARIO R. SALVATIERRA SAHONERO,    )
                                  )
          Defendant.              )
```
___

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


            /S/
        By:_____
        DAVID W. BOS
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 4TH day of August 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

            /S/
        By:_____
        DAVID W. BOS