UNITED STATES OF AMERICA,            :
                                     :
        Plaintiff,                  :
                                     :
v.                                   :    Case Number: 05-427M
                                     :
                                     :
MARIO SALVATIERRA SAHONERO,          :
                                     :
        Defendant.                  :
                                     :

## ENTRY OF APPEARANCE

Mister/Madam Clerk:

    Please enter the appearance of ANTHONY D. MARTIN, Esquire, on behalf of the Defendant MARIO SALVATIERRA SAHONERO.

                Respectfully submitted,
                ANTHONY D. MARTIN, PC

      By: _____
                Anthony D. Martin, Esquire
                BELLE POINT OFFICE PARK
                7841 Belle Point Drive
                Greenbelt, MD 20770
                (301220-3700; (301) 220-0791 (fax)

                *Attorney for Mario Salvatierra Sahonero*