JUN-12-2006 10:26                                                                 2025148707   P.01/01

### HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-427</u> |
| vs. | : | |
| SAHONERO, Mario | : | Disclosure Date: <u>May 16, 2006</u> |

**RECEIPT AND ACKNOWLEDGMENT OF**
**PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ✓ ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                      6-1-06
Prosecuting Attorney                                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant               Date                             Defense Counsel            Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 30, 2006</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

TOTAL P.01